UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA     CRIMINAL NO. 04-105-JVP-SCR

VERSUS

ABDALLAH MIZYED

### MOTION AND INCORPORATED MEMORANDUM TO PERMIT TRAVEL

NOW INTO COURT, through undersigned counsel, comes Abdallah Mizyed who hereby moves this Honorable Court to permit him to travel to Jerusalem, Israel, for the following reasons:

**1.**

On October 15, 2004, Mr. Mizyed pled guilty to one count of tax evasion in violation of 26 U.S.C. § 7201.

**2.**

On January 20, 2005, this Court sentenced Mr. Mizyed to a prison term of six months.

**3.**

Mr. Mizyed successfully completed his sentence. Presently, Mr. Mizyed is serving a two year term of supervised release in the United States District Court for the Middle District of Louisiana. At all times, Mr. Mizyed has complied with the terms of his supervised release.

**4.**

Recently, Mr. Mizyed learned that his mother is seriously ill. Mr. Mizyed's mother lives in Jerusalem, Israel.



**5.**

Mr. Mizyed seeks permission from this Court to leave this judicial district and the United States in order to travel to Jerusalem to visit his ailing mother as soon as possible. Mr. Mizyed specifically seeks two weeks in which to travel and return.

Respectfully submitted,

SHARP HYMEL CERNIGLIA COLVIN
WEAVER & DAVIS, L.L.C.

_____
MICHAEL REESE DAVIS (Bar # 17529)
15171 South Harrell's Ferry Road
Baton Rouge, LA 70816
Telephone: (225) 755-1060
Facsimile: (225) 755-1065

**Counsel for Abdallah Mizyed**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been sent to all counsel of record by fax and/or hand delivery and/or by placing a copy of same in the United States mail, properly addressed and postage prepaid on this _16_ day of November, 2005.

_____
Michael Reese Davis

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA  CRIMINAL NO. 04-105-JVP-SCR

VERSUS

ABDALLAH MIZYED

## ORDER

Considering the foregoing motion;

IT IS ORDERED that Abdallah Mizyed may leave this judicial district and the United States in order to travel to Jerusalem, Israel, for a period of two weeks commencing on _____, 2005, and ending on _____, 2005.

BATON ROUGE, LOUISIANA this ____ day of _____, 2005.

_____
HONORABLE JOHN V. PARKER
UNITED STATES DISTRICT JUDGE